UNITED STATES BANKRUPTCY COURT.
SOUTHCRN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                         :

Syed W. Hasan and Atoofa Hasan,               :       Chapter 7

                                                      Case No. 09-22667 (RDD)
                         Debtors.             :
-------------------------------------------------------x

**STIPULATION AND ORDER EXTENDING THE UNITED STATES TRUSTEE'S AND CHAPTER 7 TRUSTEE'S RESPECTIVE TIME TO OBJECT TO DEBTOR'S DISCHARGE OR MOVE FOR DISMISSAL**

**WHEREAS**, the above captioned debtor (the "Debtor") has filed a petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, Marianne T. O'Toole (the "Trustee") has been appointed Chapter 7 Trustee of the above-captioned bankruptcy estate; and

**WHEREAS**, the Trustee's and the United States Trustee's respective time to object to the Debtor's discharge or move for dismissal needs to be extended upon request of the Trustee in order to allow the Trustee to complete her examination of the Debtor;

**IT IS NOW, THEREFORE, STIPULATED** by and between the parties hereto that the Trustee's and the United States Trustee's respective time to object to the Debtor's discharge pursuant to Section 727 or move for dismissal pursuant to Section 707(b) of the Bankruptcy Code be, and it hereby is, extended to and including September 10, 2009 without prejudice to further extensions.

Dated: White Plains, New York
      August 5, 2009                  ATTORNEY FOR DEBTORS

                                            s/ Joshua N. Bleichman
                                            BLEICHMAN & KLEIN
                                            268 Route 49
                                            Spring Valley, NY 10977

                                            s/ Marianne T. O'Toole
                                            MARIANNE T. O'TOOLE
                                            Chapter 7 Trustee

**SO ORDERED:**
New York, New York
August 6, 2009

/s/ Robert D. Drain
United States Bankruptcy Judge


NY1 6555v1 06/14/06